## 36167. BROOKER et al. v. DRURY et al.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

SUBMITTED MAY 12, 1980 — DECIDED JULY 1, 1980.

*Albert E. Butler,* for appellants.
*Carroll Russell,* for appellees.